| | |
|---|---|
| DEFENDANT: | **Carl Howard Payne** |
| YOB: | 1966 |
| OFFENSE(S): | Count 1: Title 18 United States Code § 875(c) Interstate Communication of Threats |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | **Count 1:** NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| AGENT: | Rachael Cohen, Special Agent, Federal Bureau of Investigation |
| AUTHORIZED BY: | Jasand Mock Assistant United States Attorney |

ESTIMATED TIME OF TRIAL:

  X    five days or less; ___ over five days

THE GOVERNMENT:

   X    will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.