**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Rachael Cohen, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKROUND**

1. I seek a criminal complaint charging CARL HOWARD PAYNE ("PAYNE") with one count of transmitting in interstate commerce a communication containing a threat to injure the person of another in violation of 18 U.S.C. § 875(c).

2. I am a Special Agent with the FBI and have been since 2022. I am currently assigned to the Denver Division of the FBI, and specifically to the Joint Terrorism Task Force (JTTF). As a Special Agent, I have received training and gained experience in interviewing techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, and various other criminal laws and procedures.

3. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents, U.S. Government personnel, and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience, and the facts sets forth in this affidavit, there is probable cause to believe that Carl Howard PAYNE has violated 18 U.S.C. § 875(c) (Interstate Threats) by sending threatening emails to news media in several states.

**JURISDICTION AND VENUE**

5. As discussed more fully below, acts in furtherance of the offenses under investigation occurred within the District of Colorado.

## STATUTORY AUTHORITY

6. Under 18 U.S.C. § 875(c), "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## PROBABLE CAUSE

7. As set forth in further detail below, on or about March 20, 2025, threatening emails were sent from betweensaltandstart@proton.me to various news media outlets across state lines. The emails detailed a "Declaration of War" against the 47th Presidential Cabinet of the United States and further described how Tesla owners would be murdered on April 17, 2025, and thereafter, until the death of Elon Musk. Also on March 20, 2025, PAYNE sent the same email to ProPublica and Thomson Reuters, both in New York, from Signal user "c". And on or about April 2, 2025, PAYNE deposited or caused to be deposited similar threatening letters for delivery by the Postal Service to several insurance companies.

8. As set forth in further detail below, I believe that PAYNE is the user of betweensaltandstart@proton.me and is also Signal user "c". Through a review of Internet Protocol (IP) address information from Proton Mail, a review of subscriber and other information from Microsoft and Google, physical surveillance, law enforcement database and open-source record review, the investigation to date indicates that PAYNE is the user of the Proton Mail account and the Signal account.

### PAYNE's Background

9. PAYNE is a resident of Colorado Springs, Colorado.

10. A review of PAYNE's LinkedIn account revealed that he has extensive experience with technology management and software industries. PAYNE previously worked as

an Azure Solutions Consultant between December 2014 and November 2021, and a Principal Engineer for Maven Wave between November 2021 and November 2023 where he was "responsible for creating and growing the Azure presales business" and educating "sales teams on Azure features and benefits." (Azure is a cloud computing platform for Microsoft that offers various services such as computing analytics, storage, networking and Artificial Intelligence (AI).)

11. Despite filing for unemployment in February 2025, PAYNE listed on his LinkedIn account that he presently worked for Oakwood Systems Group as a Principal Consultant. PAYNE indicated his duties as a Principal Consultant included "Engineering complex High Performance Computing solutions in Microsoft Azure."

Proton Mail Background

12. Based on my training, experience, and research, I have learned that Proton Mail provides email access to the public using 'proton.me' as their default domain name. Proton Mail allows subscribers to obtain email accounts, such as the betweensaltandstart@proton.me account referenced above. Proton Mail is owned, maintained, controlled, and operated by Proton AG, an email company headquartered in Geneva, Switzerland.

13. Proton Mail messages are stored on Proton Mail servers in an encrypted format. They are also transmitted in an encrypted format between Proton Mail servers and user devices. Proton Mail advertises their "end-to-end" encryption and "zero-access" encryption as the primary benefits of their service. I have learned that Proton Mail has a reputation for being

private and inaccessible by law enforcement personnel, and it is typically used as a means to evade and law enforcement tracking or oversight.

14. Proton Mail is often used by people who want to conceal their identity and/or keep their communications private and/or anonymous. Proton Mail does not collect personally identifiable information (PII) when an account is established, further allowing users to obfuscate their true identity. Additionally, if a real email address or telephone number is entered when the account is established, Proton Mail only saves a "cryptographic hash" of this personal data making it 'impossible' to derive a phone number or email from that hash.

Signal Background

15. Based on my training, experience, and research, I have learned that Signal allows its users to communicate with each other via instant messaging, voice calls, and video calls, privately and securely through end-to-end encryption. This encryption only allows the sender and recipient to communicate with each other and prevents third parties, including law enforcement, from accessing the content of messages and calls while they are in transit. Signal advertises that the company never collects or stores any "sensitive information" and that messages and calls cannot be accessed by the company or other third parties.

16. Signal is often used by people who want the ability to send others secure, encrypted, anonymous messages. Signal only requires users to input a telephone number when establishing their account wherein true names and other PII is not required. The telephone number must be valid and able to receive a verification code from Signal in order to complete the registration process.

Threatening Emails

17. On March 20, 2025, the following email was sent by Proton Mail user betweensaltandstart@proton.me to Cable News Network ("CNN") at 4:26 PM (Mountain Standard Time) (MST); to KTNV-TV Channel 13 News, Las Vegas, NV at 5:56 PM (MST); to CBS KKTV News, Colorado Springs, CO at 5:56 PM (MST); and, to KUSA-TV Denver 9 News, Denver, CO at 5:56 PM (MST). The subject line of the email read: "Declaration of War". The body of the email stated:

> 17 March 2025
>
> ATTN: News Desk
>
> We have declared war on the 47th Presidential Cabinet of the United States of America and are sharing details of Our first Operation.
>
> Specifically, We are responsible for the newsworthy killings that commence Thursday, 17 April 2025. The enclosed information is For Immediate Release and will help validate evidence shown in the coming social media campaign.
>
> The media are not asking direct, pointed, specific questions of the Cabinet (e.g., 'Why are you discriminating against minorities'), and the media accept the morsels they're given for a chance to be close to the action. We will get you closer.
>
> We are Luigi. We Are One.
>
> -----------------------------------------------------------------
>
> DECLARATION OF WAR
> against
> The 47th Presidential Cabinet of
> the United States of America

We the People, empowered by our Constitution and inspired by our Declaration of Independence, do hereby exercise our right to alter and abolish the current government.

Be it *Recognized*, an irreparable state of enmity exists between Common Americans and The 47th Presidential Cabinet of the United States of America, which requires a State of War; and that such a war is provided for and guaranteed by the Constitution and its Amendments for this specific purpose.

Be it *Recognized*, that the actions of The 47th Presidential Cabinet of the United States of America are fascist in nature and contrary to the interests of Common Americans; that, in particular, President Donald Trump is operating above the law:

He has been impeached twice, making him "forever disqualified" from holding federal office under Article 1, Section 3, Clause 7 of the Constitution of the United States, regardless of self-pardon.  The Clause is for this exact purpose and he should never have been on the ballot.

He has violated his Presidential Oath.

He has operated witch hunts across America, violating privacy and common decency in a desperate search for any proof that the figments of his imagination are real.

He actively calls for the arrest, impeachment, or dismissal of officials critical of him.

He has terminated tens of thousands of Federal jobs, without cause.

He has provided lucrative government contracts to likewealthed individuals in a flagrant conflict of interest, to the Despotism of Common Americans.

He has granted unelected persons widespread Government access and authority, whom function without due process of law.

He has destroyed the privacy of Americans' Social Security data.

He has activated and empowered racism, bigotry, and hatred.

He has fostered class warfare among Americans, perpetuating the bigotry that marginalized groups are an enemy to "Great" America, and deserving of whitewashing.

He has violated the First Amendment of the Constitution of the United States by using religion as an excuse for Cabinet actions, policy, and discrimination.

He is an immediate threat to the personal financial investments of Common America in its own retirement accounts, endangering the lives of millions of at-risk Americans.

He has injured, and continues to injure, American Veterans.

He famously and liberally generates and fosters hyperbole, misrepresents it as "truth," regards truth as "fake news," and uses his power to alter recorded history to that end.

He is a coward and no inspiration to National Service.

He is a liar and cannot be trusted with National affairs.

He is mentally unstable and his actions are destroying the lives of most Americans.

He possesses and wields more hatred in one day than even whole societies should ever have, and he encourages others to perpetuate it.

His foolish ignorance has given him the delusion of power over all nations, specifically our dear friends Canada and Denmark, with the constant shimmer of rattling sabers to iron his despotism home.

He is not only an imminent threat to world peace, he made preparatory acts of war by attempting to move jet fuel to Greenland in advance of a Greenland-staged blockade against our neighbors as a grotesque reenactment of the Cuban Missile Blockade.

He is a hypocrite and cannot be trusted to keep his word with World Leaders, as he has demonstrated many times that neither word, handshake, or his own signature on a contract will be respected.

His persistent unlawful actions against persons who are not white males is a form of genocide.

He repeatedly, violently, harms Common Americans with egregious impunity.

He is incapable of diplomatically ending even *this* war.

His felony convictions and disregard for law conflict with America's sense of justice.

His wealth gives him the unique capability to avoid any punishment for his multiple felonies.

He has the lunacy, tyranny, and ordnance necessary to end the United States of America in a scorched earth campaign, and legal action won't stop him.

It is therefore necessary to affect wartime Operations in defense of Americans' right to life, liberty, and the pursuit of happiness, by destroying matériel, culling opposition ranks, and by other hostile means, until such time as the entire 47th Presidential Cabinet of the United States of America is removed from power and its Executive Orders voided.

There is no room for racism in America.  We will not tolerate the minimization of life that is not white and male.  We will not permit a repeat of the Islamic Revolution in our own land, regardless what religion the Cabinet wraps it in.

We will not be oppressed, we will not be erased, we will fight back and we will be a greater America than anyone has ever claimed without uttering a single word.  This is the United States of America, and we will not go back to the time of hatred and bigotry, when rich white men held lives in the balance of their folly.

To free our Nation we will not be burdened by the luxury of mercy, nor suffer the lethargy of jurisprudence, nor be discouraged by our own vulgar poverty.

Death is no threat to Those under the boot, but We deeply regret its necessity in this matter.

Signed in Freedom; in Love and good charter with all oppressed communities; with respect to those pawned to stop us; in the face

of incomparable hatred, do we affirm these facts on Monday, the Seventeenth day of March, in the year Two Thousand Twenty-Five.

[signatures unavailable this copy]

-----------------------------------------------------------------

Operation: Swasticar

Objective:
The death of Elon Musk

Abstract:
On Thursday, 17 April 2025, We will begin killing war financiers, specifically owners, drivers, and occupants of Tesla Swasticars. Terminations will take place at their homes, on the road, while shopping, or at Nazi charging stations. We will continue this Operation until Elon Musk's death.

Duration:
Perpetual until complete. He is no longer welcome to be alive.

Terms:
There are no terms. This is a counterattack with a S.M.A.R.T. objective.

Specific Evidence of Our Activity:

- All bullets are .30 or .40 or .50 caliber, always FMJ.
- All Semtex is from the same source; caps and Detcord are not.
- All guitar strings are G's (0.0170") and from the same manufacturer.
- Our EXIF data always matches the termination site.
- We 3D-print those plastic tools for that exact purpose, and filament color is meaningless.

Evidence that it was *not* Us:

- Escalating confrontations or "road rage."
- Bullets not listed above.
- Use of IEDs.
- Survivors.
- Rope.

Advice:

- Municipalities with high Swasticar density should prepare an adequate HAZMAT response plan.  Ideally, prepare for simultaneous electric vehicle fires, containment of toxic smoke, and executing a downwind-evacuation.

18. Also on March 20, 2025, the same email was sent to ProPublica, New York, at 5:02 PM (MST), and Thomson Reuters, New York, at 5:03 PM (MST), by Signal user "c".

19. Based on my training, experience and research, I know that emails travel over the wires and that internet services providers often have servers located throughout the world, such that it is reasonably likely that emails are transmitted interstate. Furthermore, in this case the threatening emails were sent to news media in at least several states (Colorado, Nevada and New York).

<u>The IP address used to create the betweensaltandstart@proton.me account is associated with PAYNE.</u>

20. On March 25, 2025, an Emergency Disclosure Request (EDR) was sent to Proton Mail requesting subscriber information related to email address betweensaltandstart@proton.me. Proton Mail responded with the following information:

A. User: betweensaltandstart@proton.me
B. Creation Time: March 20, 2025, at 12:26 PM (MST)
C. IP Address: 4.223.165.202

21. A search of 'Whois', an open-source search service that retrieves information about the registration details of and IP address, was conducted to determine the Internet Service Provider (ISP) for the Internet Protocol (IP) address 4.223.165.202. The ISP resolved to Microsoft.

22. On March 26, 2025, an EDR was sent to Microsoft requesting subscriber information related to the IP address, 4.223.165.202, that was utilized on March 20, 2025, at

12:26 PM (MST) to create the Proton Mail account betweensaltandstart@proton.me. Microsoft returned the following information:

A. Billing Admin: Carl Payne
B. Sold-To-Address: 2300 McDermott #200-281, Plano, TX
C. Phone Number: [REDACTED]-5646
D. Created Date: March 23, 2016

23. An open-source search for the "sold-to-address" from the Microsoft return, 2300 McDermott #200-281, Plano, TX, revealed that it belonged to a UPS store in Plano, Texas. The address is most likely a P.O. box. Per open sources, the address was utilized by PAYNE between December 2014 and January 2020.

Phone Number [REDACTED]-5646 is PAYNE's Google Voice number.

24. A search of a law enforcement tool that provides access to a comprehensive database of open source and public records was also conducted to further identify the user of telephone number [REDACTED]-5646. Results from the search indicated that the number also belonged to PAYNE.

25. A search of a law enforcement tool that provides access to a comprehensive database of open source and public records was conducted to determine the provider for [REDACTED] [REDACTED]5646. The search results indicated that the provider for the [REDACTED]5646 telephone number is Bandwidth.com. I am familiar with Bandwidth.com and know that the company does not serve the end users of the numbers, and Bandwidth.com telephone numbers are usually assigned to a different wholesale customer. An email was sent to Bandwidth.com inquiring who the wholesale customer of [REDACTED]5646 was. Bandwidth.com responded and indicated that Google was the current wholesale customer for telephone number [REDACTED]5646.

26. Google offers a service called Google Voice through which a Google Account can be assigned a telephone number that can be used to make, record, and forward phone calls and

send, receive, store, and forward SMS and MMS messages from a web browser, mobile phone, or landline. Google Voice also includes a voicemail service.

27. A review of records from the Colorado Springs Police Department (CSPD) revealed that PAYNE was stopped by CPSD for expired registration on February 6, 2025. PAYNE told the police officer that his current telephone number was [redacted] 5646.

28. On March 28, 2025, a search for PAYNE's current employer and wages was conducted and the following information was learned. On February 20, 2025, PAYNE filed for and was granted an unemployment claim. PAYNE provided the following information on the application:

A. Email: [redacted] @gmail.com
B. Mailing Address: [redacted] Colorado Springs, CO 80918
C. Primary Phone: [redacted] 5646

29. On April 4, 2025, legal process was served to Google for records associated with the subscriber(s) of telephone number [redacted] 5646 and Gmail address [redacted] @gmail.com. Google returned the following information:

A. Telephone Number: [redacted] 5646
   i. Name: Carl PAYNE
   ii. Email: [redacted] e@gmail.com
   iii. Account Creation Date: May 10, 2009

B. Email Address: [redacted] @gmail.com
   i. Name: Carl PAYNE
   ii. Account Creation Date: June 15, 2004

30. Subscriber records from Google for Google Voice number [redacted] 5646 were received and reviewed. The records confirmed that PAYNE is the current subscriber for the Google Voice number [redacted] 5646 and Gmail address [redacted] @gmail.com.

PAYNE's Google Voice Number appears to have been used in the creation of the betweensaltandstart@proton.me account.

31. Subscriber records from Google for Google Voice number [redacted] 5646 included information concerning text messages associated with Google Voice number [redacted] 5646, between March 1, 2025, and March 31, 2025. The records described the date and time the messages were sent and/or received, and to/from which telephone number. The text message records did not include the content of the text messages. Those records show that on March 20, 2025, at 12:14 PM (MST), a single text message was received from [redacted] -0138.

32. A Google search for [redacted] -0138 was conducted which produced results from Reddit, a social news aggregation, forum, and social media platform, indicating the phone number most likely belonged to the "Burner" app.

33. Based on a review of the official website for the Burner App, it was learned that users can create temporary, disposable phone numbers for making and receiving calls and texts. The app assigns a real phone number that allows users to pick their own area code. With the new phone number, users can make and receive calls and text messages without involving their true primary phone number. Burner advertises that they are the "original second phone number app that protects your privacy, keeps your social circles separate, and helps you stay anonymous."

34. The March 20, 2025 text message to Google Voice number [redacted] -5646 from Burner was received approximately twelve minutes before the Proton Mail account for betweensaltandstart@proton.me was created using the IP address 4.223.165.202 associated with PAYNE and Google Voice number [redacted] 5646.

35. Additionally, on March 20, 2025, at 12:48 PM (MST), a single text message was received by Google Voice number [redacted] 5646 from [redacted] 0707. A Google search for

833-775-0707 was conducted. The Google search results indicated the phone number most likely belonged to the "Signal" app.

36. The text message to Google Voice number [REDACTED] 5646 from Signal was received approximately four and a half hours before the threatening emails were disseminated via Signal by user "c".

37. On April 9, 2025, a District of Colorado Search Warrant authorized by Magistrate Judge Cyrus Y. Chung, 25-sw-00501-CYC (D. Colo.), was served to Google for records associated with Google Voice number [REDACTED] 5646 and Gmail address [REDACTED] @gmail.com.

38. The return from Google shows that PAYNE downloaded the Signal App on March 20, 2025 and that PAYNE's Google Voice number received a text message from Signal at 12:48 PM (MST) that day: "SIGNAL: Your code is: [REDACTED] Do not share this code doDiFGKPO1r." Typically, when a new user account is created on Signal, the messaging application has a security step that sends a specific verification code to an existing phone number. Therefore, the message Google Voice number [REDACTED] -5646 received from Signal on March 20, 2025 is likely such a verification message.

<u>PAYNE's internet search history.</u>

39. The search warrant return from Google also shows internet searches from PAYNE's account between March 1, 2025 and March 31, 2025 for Timothy McVeigh (perpetrator of the Oklahoma City bombing), and items mentioned in the threatening emails, including detcord, EXIF data, and guitar strings.

<u>Suspicious activity on PAYNE's Google Account</u>
<u>the day the threatening emails were sent.</u>

40. Google records the date, time, and IP address utilized when users log into their accounts. Additionally, Google tracks the status of each login as "login" or "failed login".

41. Per information from Google, "failed" logins can occur for various reasons, including: suspicious activity - attempting to login from an unfamiliar device, location, or network, that is not consistent with the user's past behaviors; incorrect credentials; third-party app issues; and, too many failed login attempts.

42. IP activity log data, from March 1, 2025, to March 31, 2025, for email address [REDACTED]@gmail.com was reviewed and only the IP activity from March 20, 2025, was found to be inconsistent when compared to other dates in the same time period. March 20, 2025, is the same date that the Proton Mail email account betweensaltandstart@proton.me was created, and the same date the "Declaration of War" emails were sent out. It is also the same date when a single text message was received from Burner and Signal, respectively, to Google Voice number [REDACTED]-5646.

43. The inconsistencies included three "failed login" attempts at 5:04 AM (MST), 4:27 PM (MST), and 4:28 (MST); and the use of IP addresses in locations outside of the state of Colorado. No other "failed login" attempts were observed on any other day during the aforementioned time period.

44. Despite the "failed" logins on March 20, 2025, a successful login occurred at 11:42 AM (MST). The IP address used for the login resolved to Comcast Cable Communications LLC ("Comcast") in Colorado Springs, Colorado. The majority of the other IP addresses contained in the IP activity log, between March 1, 2025, and March 31, 2025, also resolved to Comcast in Colorado Springs, Colorado.

45. It is apparent that 'unusual' IP activity for [REDACTED]@gmail.com occurred on March 20, 2025. This could be due to the use of a Virtual Private Network (VPN), a service that routes traffic through a variety of servers to obfuscate the origin of the traffic, or another reason.

46. Comcast Cable Communications (a/k/a Xfinity) is a provider of broadband internet, mobile services, and entertainment. Comcast Cable Communications has an open-source, public website[1]. This website offers information about the different services that Comcast offers and allows for consumers to check the availability of internet services at a specific residential address.

47. On April 13, 2025, I searched the availability of internet services at the website of https://www.xfinity.com/learn/internet-service. This website is available to any individual and required no special access or permission. I queried PAYNE's residential address and learned that a Comcast Cable Communications (a/k/a Xfinity) account already exists at his residence.



Screenshot from Comcast Internet Availability on April 13, 2025.

48. Comcast Cable Communications is not the only internet service provider in Colorado Springs, CO.

[1] https://www.xfinity.com/

<u>Printed “Declaration of War” letters sent from Denver, Colorado to vehicle insurance companies.</u>

49. On April 8, 2025, the Director of Corporate Security for Nationwide insurance contacted the FBI and reported that their headquarters office; One Nationwide Plaza, Columbus, OH, had received a typed ‘Declaration of War’ letter in the mail. Stamps from the United States Postal Service (USPS) on the envelope containing the letter indicated that it was received for shipment on April 2, 2025, in Denver, CO.

50. The letter was addressed to Nationwide Insurance from “The White House, 1600 Pennsylvania Ave NW, Washington D.C. 20250,” but the USPS postmark shows it was sent from Denver, CO.

51. The cover sheet for the letter stated the following:

“We have declared war on the 47th Presidential Cabinet of the United States of America and are sharing details of Our first Operation.

Specifically, We are responsible for the newsworthy **killings** that commence Thursday, 17 April 2025. The enclosed information is For Immediate Release and will help validate evidence shown in the coming social media campaign.

We recommend you **cancel all comprehensive vehicle coverage** of Tesla vehicles effective 16 April 2025.

We are Luigi. We Are One."

52. The remainder of the letter contained the exact same verbiage as the "Declaration of War" emails that were disseminated by betweensaltandstart@proton.me and Signal user "c" on March 20, 2025; however, the portion after "Advice" in the emails was not included in the typed letter.

53. On April 9, 2025, an employee from State Farm Insurance contacted the FBI and reported that their headquarters office; One State Farm Plaza, Bloomington, IL 61710, had received a typed 'Declaration of War' letter in the mail. Stamps from the USPS on the envelope containing the letter indicated that it was received for shipment on April 2, 2025, in Denver, CO.

54. The remainder of the letter contained the exact same verbiage as the "Declaration of War" emails that were disseminated by betweensaltandstart@proton.me and Signal user "c"

on March 20, 2025; however, the portion after "Advice" in the emails was not included in the typed letter.

55. On April 10, 2025, the FBI was notified that the headquarters office for Geico Insurance, 5260 Western Avenue, Chevy Chase, MD 20815, had also received the same 'Declaration of War' letter in the mail; however, the letter included the additional same verbiage after the "Advice" portion in the emails. Stamps from the USPS on the envelope containing the letter indicated that it was received for shipment on April 2, 2025, in Denver, CO.

56. A review of the USPS website was conducted for information related to mail processing in Colorado Springs, CO and Denver, CO. It was learned that, as of 2012, USPS had consolidated mail processing operations to Denver and the Colorado Springs processing center was no longer in operation. With this information, it is reasonable to believe that the letters were deposited at a USPS collection box or office inside of the state of Colorado.

<u>Search of PAYNE's residence and person.</u>

57. On April 15, 2025, a District of Colorado Search Warrant authorized by Magistrate Judge N. Reid Neureiter, 25-sw-00525-NRN (D. Colo.), was executed on PAYNE's residence at [redacted], Colorado Springs, as well as on PAYNE's person.

58. The search of PAYNE's residence found three handguns, including a .40 caliber Smith & Wesson MP40 Shield (the same caliber was mentioned in the threatening emails), and two rifles.

59. The search of PAYNE's person found an Aspire.com Master Card ending in 0106, with the name Carl Payne located in PAYNE's wallet. The Google Search Warrant returns show that on March 20, 2025 23:39:20 Z, PAYNE's Google Voice telephone number [redacted]5646 received a text message for a One-Time Passcode for a 12.99 EUR charge at PROTON AG on Aspire MC ending 0106. Proton AG is the parent company of Proton Mail.

Interview of PAYNE

60. Also on April 15, 2025, PAYNE was interviewed by FBI agents. PAYNE acknowledged that the Gmail and Google voice number discussed above are his and that he is the only person who uses those accounts. When confronted with the threatening messages sent over Proton Mail and Signal, he denied sending those messages.

## CONCLUSION

61. Threatening emails were sent from a Proton Mail account and a Signal account to various news media in several states on March 20, 2025, in violation of 18 U.S.C. § 875(c) (Interstate Threats). As detailed above, through a review of IP address information from Proton Mail, a review of subscriber and other information from Microsoft and Google, physical surveillance, and law enforcement database and open-source record review, the investigation to date indicates that PAYNE is the user of the Proton Mail account and the Signal account.

62. Based on the above facts and information, I submit that there is probable cause to believe that CARL HOWARD PAYNE has violated 18 U.S.C. § 875(c) (Interstate Threats).

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

*s/Rachael Cohen*
Rachael Cohen, Special Agent
FBI

Submitted, sworn to, attested to, and acknowledged by the affiant by reliable electronic means this 15th day of April, 2025.

BY THE COURT:

N. Reid Neureiter
THE. HON. N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**This Application and affidavit were reviewed and are submitted by Jasand Mock, Assistant United States Attorney.**