# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. **25-cr-144-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL HOWARD PAYNE

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about March 20, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly transmit in interstate and foreign commerce a communication, containing a threat to injure the person of another, namely members of the Cabinet of the United States and owners, drivers and occupants of Tesla vehicles, to News Agency 1.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about March 20, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly transmit in interstate and foreign commerce a communication, containing a threat to injure the person of another, namely members of

the Cabinet of the United States and owners, drivers and occupants of Tesla vehicles, to News Agency 2, News Agency 3, and News Agency 4.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about March 20, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly transmit in interstate and foreign commerce a communication, containing a threat to injure the person of another, namely members of the Cabinet of the United States and owners, drivers and occupants of Tesla vehicles, to News Agency 5.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 4

On or about March 20, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly transmit in interstate and foreign commerce a communication, containing a threat to injure the person of another, namely members of the Cabinet of the United States and owners, drivers and occupants of Tesla vehicles, to News Agency 6.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 5

On or about April 2, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly deposit in a post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication,

containing a threat to injure the person of another, namely members of the Cabinet of the United States and owners, drivers and occupants of Tesla vehicles, addressed to Insurance Company 1.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 6

On or about April 2, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly deposit in a post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication, containing a threat to injure the person of another, namely members of the Cabinet of the United States and owners, drivers and occupants of Tesla vehicles, addressed to Insurance Company 2.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 7

On or about April 2, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly deposit in a post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication, containing a threat to injure the person of another, namely members of the Cabinet of the United States and owners, drivers and occupants of Tesla vehicles, addressed to Insurance Company 3.

All in violation of Title 18, United States Code, Section 876(c).

# FORFEITURE ALLEGATION

The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1) and Title 28, United States Code, Section 2461.

Upon conviction of the violations alleged in Counts One through Seven of this Indictment involving violations of Title 18, United States Code, Sections 875(c) and 876(c), defendant CARL HOWARD PAYNE shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1) and Title 28, United States Code, Section 2461, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly or indirectly as a result of such offense.

If any of the property described in paragraphs above, as a result of any act or omission of the defendant:

      a)    cannot be located upon the exercise of due diligence;
      b)    has been transferred or sold to, or deposited with, a third party;
      c)    has been placed beyond the jurisdiction of the Court;
      d)    has been substantially diminished in value; or
      e)    has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:


<u>Ink signature on file with the Clerk's Office</u>
FOREPERSON


J. BISHOP GREWELL
Acting United States Attorney

By: <u>s/Jasand Mock</u>
Jasand Mock
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: jasand.mock@usdoj.gov
Attorney for the Government