# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00144-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL HOWARD PAYNE,

    Defendant.

---

## MOTION TO DISCLOSE GRAND JURY MATERIAL

---

    The United States of America, by and through Jasand Mock, Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the government to disclose Grand Jury testimony to the defendant's counsel, as part of discovery in this case, on the terms and conditions outlined below.

    As grounds for this motion, the Government states as follows:

    1.    Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

    2.    The government wishes to provide discovery to defendant's counsel, which includes a transcript of Grand Jury testimony. The material generated in the Grand Jury process is pertinent to the present case and should be disclosed to the defense, as it would be helpful and necessary for the defense to review for effective preparation of the case.

3. Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4. The pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding. The government wishes to provide this discovery but can only do so with the Court's approval.

5. The Government has determined that a witness in the grand jury will likely be called at trial, and therefore the Government would be required to produce the transcript to defense pursuant to 18 USC § 3500.

6. The Government wishes to produce the transcript to defense at this time in order to prevent trial delay.

7. Because these proceedings (and the related transcript) remain secret, *see* Fed. R. Crim. P. 6(e), the government moves that disclosure only be allowed for purposes of defending this case; that such disclosure only be made to the defendant's counsel; that the transcript be maintained in the defendant's counsel's custody; that such material shall not be reproduced or disseminated; and that such material be returned to the United States at the end of this case.

Therefore, the government respectfully requests that the Court authorize the disclosure of Grand Jury testimony to the defendant's counsel on the terms and conditions outlined above.

Dated this 20th day of November, 2025.

PETER MCNEILLY
United States Attorney

s/ Jasand Mock
*Jasand Mock*
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: jasand.mock@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                   *s/Portia Peter*
                                                   Legal Assistant
                                                   United States Attorney's Office
                                                   1801 California Street, Suite 1600
                                                   Denver, CO 80202
                                                   Telephone: 303-454-0100
                                                   Email: Portia.Peter@usdoj.gov