IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 25-cr-144-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **CARL HOWARD PAYNE**,

    Defendant.

## ORDER FOR RELEASE OF GRAND JURY MATERIALS

Upon consideration of the United States' Motion to Disclose Grand Jury Material to the Defendant's counsel, the Court finds and concludes as follows:

The Court may order the disclosure of grand jury material relating to this case before trial pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Rule (6)(e)(3)(E) provides, in part, that the "court may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand jury matter: (i) preliminarily to or in connection with a judicial proceeding."

Therefore, it is

**ORDERED** that United States' Motion to Disclose Grand Jury Material to the Defendant's counsel is GRANTED. It is further

**ORDERED** that the Government may provide to the Defendant's counsel transcripts of grand jury testimony in relation to the Indictment (ECF No. 13). Any grand

jury transcripts or material received pursuant to this order shall be used for judicial proceedings only. It is further

**ORDERED** that: (1) such disclosure only be made to the Defendant's counsel; (2) the transcript be maintained in the Defendant's counsel's custody; (3) such material shall not be reproduced or disseminated; and (4) such material be returned to the United States at the end of this case.

Dated this 20th day of November, 2025.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge