# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 25-cr-144-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARL HOWARD PAYNE,

      Defendant.

---

## NOTICE OF DISPOSITION

---

      CARL HOWARD PAYNE, through his counsel Luke W. McConnell of Weatherly McConnell, LLC, hereby notifies the Court that a plea agreement has been reached between Mr. Payne and the government. Mr. Payne respectfully requests that the Court set a change of plea hearing at the earliest possible opportunity that works for the Court and the parties. According to the plea agreement, Mr. Payne's anticipated guidelines range is 10-16 months, and he has already been in pre-trial detention for over 10 months.

      Respectfully submitted this 1st day of March, 2026.

/s/ Luke W. McConnell
**Luke W. McConnell, #40414**
Weatherly McConnell, LLC
1775 Sherman Street, Suite 1650
Denver, CO 80203
(303) 468-5989
luke@weatherlymcconnell.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of March, 2026, a true and correct copy of the foregoing **NOTICE OF DISPOSITION** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to the following email addresses:

Jasand P. Mock
Dustin T. Andre-Vandenberg
Assistant U.S. Attorney
1801 California St., Suite 1600
Denver, CO 80202
Tel: (303) 454-0100
Fax: (303) 454-0404
Jasand.mock@usdoj.gov
Dustin.Andre-Vandenberg@usdoj.gov

Attorneys for Government

/s/ Luke W. McConnell
Luke W. McConnell