### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00144-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CARL HOWARD PAYNE

       Defendant.

---

### INFORMATION

---

The United States Attorney charges:

### <u>COUNT ONE</u>

On or about March 20, 2025, in the State and District of Colorado, the defendant, CARL HOWARD PAYNE, did knowingly transmit in interstate and foreign commerce communications to News Agency 1, News Agency 2, News Agency 3, and News Agency 4 containing threats to injure the person of another, namely owners, drivers and occupants of Tesla vehicles.

All in violation of Title 18, United States Code, Section 875(c).

PETER MCNEILLY
United States Attorney

s/ _Jasand Mock_

***Jasand Mock***
Dustin André-Vandenberg
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600

Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  jasand.mock@usdoj.gov
          dustin.andre-vandenberg@usdoj.gov
*Attorneys for the United States*

2